AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
SEE ATTACHED

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** SEE ATTACHED

**DEFENDANT - U.S.**
▶ KENNETH EUGENE HOLLOWAY

**DISTRICT COURT NUMBER**
CR07-00344 MJJ

*FILED MAY 31 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

### PROCEEDING
**Name of Complaintant Agency, or Person (&Title, if any):** ATF

☒ person is awaiting trial in another Federal or State Court, give name of court
    Alameda County

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

**Name and Office of Person Furnishing Information on THIS FORM:** SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** Bryan R. Whittaker, SAUSA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

PENALTY SHEET ATTACHMENT
KENNETH HOLLOWAY

CHARGES:

COUNT 1:   21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent To Distribute Cocaine Base;

COUNT 2:   18 U.S.C. § 924(c)(1)(A) - Possession of Firearm In Furtherance of Commission of Drug Traffic Offense

COUNT 3:   18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C.

PENALTIES:

COUNT 1:   Maximum Life - 10 years mandatory minimum imprisonment; $4,000,000 fine; Maximum lifetime - 8 year mandatory minimum supervised release and $100 special assessment.

COUNT 2:   Maximum Life - 5 years mandatory minimum consecutive to any other term of imprisonment, $250,000 fine; 5 years supervised release and $100 special assessment.

COUNT 3:   10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

E-filing

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

KENNETH HOLLOWAY,

CR07-00344 MJJ

DEFENDANT.

## INDICTMENT

VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(iii) - Possession
With Intent To Distribute Cocaine;
18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm
18 U.S.C. § 924(c)(1)(A) - Using and Carrying a Firearm During Drug
Trafficking Crime

---

A true bill.

_____ Foreman

Filed in open court this __31st__ day of __May, 2007__.

_____ Clerk

Bail, $ No bail arrest warrant.

Wayne D. Brazil  5/31/07

E-filing

**SCOTT N. SCHOOLS (SCBN 9990)**
United States Attorney

FILED
2007 MAY 31  PM 12: 31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-0344 MJJ |
| Plaintiff, ) | VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent To Distribute Cocaine Base; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(c)(1)(A) – Using and Carrying a Firearm During Drug Trafficking Crime |
| v. ) | |
| KENNETH EUGENE HOLLOWAY, ) | |
| Defendant. ) | |
| ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) -- Possession With Intent To Distribute Cocaine Base)

On or about August 25, 2006, in the Northern District of California, the defendant,

KENNETH EUGENE HOLLOWAY,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, at least 5 grams of a mixture and substance containing cocaine base (in the form of "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

INDICTMENT

1 | COUNT TWO:    (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about August 25, 2006, in the Northern District of California, the defendant,

KENNETH EUGENE HOLLOWAY,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as an RG Industries, Model RG-14, .22 caliber revolver, serial number 354137, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE:    (18 U.S.C. § 924(c)(1)(A) – Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime)

On or about August 25, 2006, in the Northern District of California, the defendant,

KENNETH EUGENE HOLLOWAY,

did knowingly use and carry a firearm during and in relation to the drug trafficking crime alleged in Count One herein, which crime may be prosecuted in a court of the United States, and, in furtherance of that crime, did knowingly possess that firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A).

//

DATED:    May 31, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
SAUSA WHITTAKER

INDICTMENT