| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | BRYAN R. WHITTAKER (TX 24047097)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3680 |
| 7 | Facsimile: (510) 637-3724<br>E-Mail: bryan.whittaker@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-97-40059 CW |
| | ) | [Filed: Sept. 25, 2006] |
| v. | ) | |
| | ) | |
| KENNETH EUGENE HOLLOWAY | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No.CR-07-00344 MJJ |
| | ) | [Filed: May 31, 2007] |
| v. | ) | |
| | ) | NOTICE OF RELATED CASE |
| KENNETH EUGENE HOLLOWAY | ) | IN A CRIMINAL ACTION |
| | ) | |
| Defendant. | ) | (Oakland Venue) |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The more recent charge filed on May 31, 2007 (see Attachment) involves the same crime as charged in Counts One and Two of the Form 12 Supervised Release violation in case 97-40059-CW pending before the Honorable Claudia

NOTICE OF RELATED CASES
U.S. v. HOLLOWAY

1  Wilken. The cases are related within the meaning of Local Rule 8-1(b)(1) because they involve
2  the same transaction and occurrence and both involve the same defendant. Indeed, both cases
3  allege that on or about August 25, 2006, the defendant unlawfully possessed a controlled
4  substance–twenty eight pieces of crack cocaine/more than five grams of crack cocaine. The
5  Indictment in case 07-00344 MJJ, further alleges that the crack cocaine was possessed with the
6  intent for sale. Additionally, both cases allege that on or about August 25, 2006, the defendant
7  unlawfully possessed a firearm. Furthermore, the cases are related within the meaning of Local
8  Rule 8-1(b)(2) because if heard by separate judges they likely would involve substantial
9  duplication of labor by the two judges. Moreover, because the cases involve the same defendant
10 and same occurrence, if the defendant is found guilty, the sentencing in both cases would be
11 made simpler and promote an efficient determination to both actions by relating the matters.
12      Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
13 assignment of these cases to a single judge is likely to conserve judicial resources and promote an
14 efficient determination of each action.

16 Date: August 14, 2007                          Respectfully Submitted,
17                                                SCOTT N. SCHOOLS

19                                                _____
                                                  BRYAN R. WHITTAKER
20                                                Special Assistant U.S. Attorney

NOTICE OF RELATED CASES
U.S. v. HOLLOWAY                    2

AO 257 (Rev. 6/78)

_filing_

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**OFFENSE CHARGED**
SEE ATTACHED

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHED

**DEFENDANT - U.S.**
▶ KENNETH EUGENE HOLLOWAY

**DISTRICT COURT NUMBER**
CR07-00344 MJJ

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
ATF

☑ person is awaiting trial in another Federal or State Court, give name of court
   Alameda County

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense
   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
   MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Bryan R. Whittaker, SAUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l   ☐ State
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... If Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

PENALTY SHEET ATTACHMENT
KENNETH HOLLOWAY

**CHARGES:**

COUNT 1:    21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent To Distribute Cocaine Base;

COUNT 2:    18 U.S.C. § 924(c)(1)(A) - Possession of Firearm In Furtherance of Commission of Drug Traffic Offense

COUNT 3:    18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C.

**PENALTIES:**

COUNT 1:    Maximum Life - 10 years mandatory minimum imprisonment; $4,000,000 fine; Maximum lifetime - 8 year mandatory minimum supervised release and $100 special assessment.

COUNT 2:    Maximum Life - 5 years mandatory minimum consecutive to any other term of imprisonment, $250,000 fine; 5 years supervised release and $100 special assessment.

COUNT 3:    10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

Case 4:07-cr-00344-MJJ   Document 1   Filed 05/31/2007   Page 3 of 5

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

E-filing

VENUE: OAKLAND

FILED 2007 MAY 31 PH 12:31
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

KENNETH HOLLOWAY,

CR07-00344 MJJ

DEFENDANT.

## INDICTMENT (B)

VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(iii) - Possession With Intent To Distribute Cocaine;
18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm
18 U.S.C. § 924(c)(1)(A) - Using and Carrying a Firearm During Drug Trafficking Crime

---

A true bill.

_____ Foreman

Filed in open court this __31st__ day of ___May, 2007___.

_____ Clerk

Bail, $ No bail arrest warrant.

Wayne D. Brazil 5/31/07

**E-filing**

FILED

2007 MAY 31  PM 12: 31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-00344 MJJ |
| Plaintiff, | VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent To Distribute Cocaine Base; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(c)(1)(A) – Using and Carrying a Firearm During Drug Trafficking Crime |
| v. | |
| KENNETH EUGENE HOLLOWAY, | |
| Defendant. | |
| | OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) -- Possession With Intent To Distribute Cocaine Base)

On or about August 25, 2006, in the Northern District of California, the defendant,

KENNETH EUGENE HOLLOWAY,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, at least 5 grams of a mixture and substance containing cocaine base (in the form of "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

INDICTMENT

COUNT TWO:   (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about August 25, 2006, in the Northern District of California, the defendant,

KENNETH EUGENE HOLLOWAY,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as an RG Industries, Model RG-14, .22 caliber revolver, serial number 354137, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE:   (18 U.S.C. § 924(c)(I)(A) – Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime)

On or about August 25, 2006, in the Northern District of California, the defendant,

KENNETH EUGENE HOLLOWAY,

did knowingly use and carry a firearm during and in relation to the drug trafficking crime alleged in Count One herein, which crime may be prosecuted in a court of the United States, and, in furtherance of that crime, did knowingly possess that firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A).

//

DATED:   May 31, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
                      SAUSA WHITTAKER

INDICTMENT