UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH EUGENE HOLLOWAY,<br><br>  Defendant. | No. CR 97-40059 CW &<br>    CR 07-00344 MJJ<br><br>[~~PROPOSED~~] ORDER GRANTING<br>PETITION FOR AND WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, KENNETH EUGENE HOLLOWAY, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Monday, August 27, 2007, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: 8/17/07

HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NOS. CR 97-40059 CW & CR 07-00344 MJJ

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff of Contra Costa County:

GREETINGS

WE COMMAND that on Monday, August 27, 2007, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of KENNETH EUGENE HOLLOWAY, DOB 11/16/1966, in your custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 South Clay Street, Oakland, California, Courtroom 4, 3rd Floor, in order that KENNETH EUGENE HOLLOWAY may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Joseph C. Spero, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: August 17, 2007

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _Karen L. Hom_
DEPUTY CLERK

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM
CASE NOS. CR 97-40059 CW & CR 07-00344 MJJ