1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BRYAN R. WHITTAKER (TX 24047097)
   Special Assistant United States Attorney
5
6    1301 Clay Street, Suite 340S
     Oakland, California 94612
7    Telephone: (510) 637-3680
     Facsimile: (510) 637-3724
8    E-Mail: bryan.whittaker@usdoj.gov

9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA        )   No.  CR 97-40059 CW &
                                   )        CR 07-00344 CW
14              Plaintiff,         )
                                   )
15       v.                        )
                                   )   PETITION FOR AND WRIT OF HABEAS
16 KENNETH EUGENE HOLLOWAY,        )   CORPUS AD PROSEQUENDUM
                                   )
17                                 )
                Defendant.         )
18 _____)

19    TO:   The Honorable Wayne D. Brazil, United States Magistrate Judge of the United
            States District Court for the Northern District of California:
20

21    Special Assistant United States Attorney Bryan R. Whittaker respectfully requests that

22 this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner,

23 KENNETH EUGENE HOLLOWAY, whose place of custody and jailor are set forth in the

24 requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear

25 in the above-entitled matters before the Honorable Claudia Wilken, United States District Judge,

26 at 2:00 p.m. on Wednesday, October 3, 2007, and therefore petitioner prays that this Court issue

27 PETITION FOR WRIT OF HABEAS
   CORPUS AD PROSEQUENDUM
28 CASE NOS. CR 97-40059 CW & CR 07-00344 CW

1 | the Writ as presented.

3 | Dated: September 19, 2007  Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/S/_____
BRYAN R. WHITTAKER
Special Assistant United States Attorney

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CASE NOS. CR 97-40059 CW & CR 07-00344 CW

1  <u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

2  TO:   FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of
3        his authorized deputies, and the Sheriff of Contra Costa County:

4  <u>GREETINGS</u>

5  WE COMMAND that on Wednesday, October 3, 2007, at 2:00 p.m., or as soon thereafter
6  as practicable, you have and produce the body of KENNETH EUGENE HOLLOWAY, DOB
7  11/16/1966, in your custody, before the United States District Court in and for the Northern
8  District of California, in the Courtroom of the Hon. Claudia Wilken, United States District
9  Judge, 1301 South Clay Street, Oakland, California, Courtroom 2, 4th Floor, in order that
10 KENNETH EUGENE HOLLOWAY may then appear for an appearance upon the charges
11 heretofore filed against him in the above-entitled Court, and that immediately after said hearing
12 to return him forthwith to said above-mentioned institution or abide by such order of the above-
13 entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to
14 produce said prisoner at all times necessary until the termination of the proceedings in this Court;

15 IT IS FURTHER ORDERED that should the local or state custodian release from its
16 custody the above-named person, he be immediately delivered and remanded to the United States
17 Marshal and/or his authorized deputies under this Writ.

18 WITNESS the Hon. Wayne D. Brazil, United States Magistrate Judge, United States
19 District Court for the Northern District of California.

20 DATED: September __, 2007

21                                CLERK, UNITED STATES DISTRICT COURT
                                   NORTHERN DISTRICT OF CALIFORNIA
22

23
                         By:  _____
24                             DEPUTY CLERK

25

26

27 PETITION FOR WRIT OF HABEAS
   CORPUS AD PROSEQUENDUM
28 CASE NOS. CR 97-40059 CW & CR 07-00344 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KENNETH EUGENE HOLLOWAY, <br> Defendant. | No. CR 97-40059 CW & <br> CR 07-00344 CW <br><br> [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, KENNETH EUGENE HOLLOWAY, before the Hon. Claudia Wilken, United States District Judge, at 2:00 p.m. on Wednesday, October 3, 2007, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: _____

_____
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CASE NOS. CR 97-40059 CW & CR 07-00344 CW