DOCUMENTS UNDER SEAL ☐     TOTAL TIME (mins): 13 Mins

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 9/19/07 10:05:09-10:18:34 | |
|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 9/19/07 | NEW CASE ☐ | CASE NUMBER CR-07-00344-CW |

**APPEARANCES**

| DEFENDANT KENNETH EUGENE HOLLOWAY | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Frank McCabe | PD. ☐ RET. ☐ APPT. ☒ RE- |
|---|---|---|---|---|---|
| U.S. ATTORNEY Bryan Whittaker | INTERPRETER None | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☒ | |
| PROBATION OFFICER Mark Messner | PRETRIAL SERVICES OFFICER Taifa Gaskins | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEAR 12 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL 1 Min HELD | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS ON 9/19/07 | ☒ ADVISED OF CHARGES ON 9/19/07 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED

SEP 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT 3 COUNTS | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT. | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL 3 COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: 10/3/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 2:00 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. CLAUDIA WILKEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The deft. currently has a pending matter in Contra Costa County. In light of that pending State matter, the deft. waived the timing of his Detention Hrg. The deft. was ordered detained, reserving his rights to have his Detention Hrg. -- if & when he believes it will be on his best interest to put his Detention Hrg. back on cal. later. Request for discovery was made by the deft's atty. to the govt's atty. The govt's atty. provided the deft's atty. with the discovery in open court. The deft. has a pending Sup. Release Viol. Ptition Form 12 on CR-97-40059-CW. Since the Court prev. apptd. CJA Panel Atty. Frank McCabe to represent the deft. in that case, the Court reappointed Atty. Frank McCabe to represent the deft. in this new case.

DOCUMENT NUMBER:

cc: WDB's Stats, Sheilah, Pretrial