1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   BRYAN R. WHITTAKER (TX 24047097)
    Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Facsimile: (510) 637-3724
        E-Mail: bryan.whittaker@usdoj.gov
8
9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No.  CR 97-40059 CW &
14                                    )         CR 07-00344 CW
          Plaintiff,                  )
15                                    )
                                      )
16                                    )   **STIPULATION AND [PROPOSED]**
          v.                          )   **ORDER EXCLUDING TIME**
17                                    )
                                      )
18  KENNETH EUGENE HOLLOWAY,          )
                                      )
19        Defendant.                  )
                                      )
20  _____  )

21          On September 19, 2007, defendant made his initial appearance in the Northern District of

22  California on an Indictment filed on May 31, 2007, and on a Supervised Release violation filed

23  on September 25, 2006.  The defendant was brought before Judge Brazil pursuant to a Writ of

24  Habeas Corpus Ad Prosequendum which was executed by Special Agents for the Bureau of

25  Alcohol, Tobacco, Firearms & Explosives ("ATF").  ATF agents executed the Writ because the

26  U.S. Marshals indicated that they were unable to execute the Writ due to the defendant's pending

27  charges in Contra Costa County.  The Court then appointed J. Frank McCabe to represent the

28  **STIPULATION AND [PROPOSED]**
    **ORDER EXCLUDING TIME**
    **CR 97-40059 CW & CR 07-00344 CW**      1

1   defendant.  The defendant was ordered to appear before Judge Wilken on October 3, 2007.  Mr.

2   McCabe made a request for discovery and discovery was provided by the United States.  On the

3   same day, the defendant was returned to state custody by ATF agents.

4       Another Writ has been issued by the Court to bring the defendant to the October 3, 2007,

5   hearing before Judge Wilken.  However, the U.S. Marshals have again indicated that they will be

6   unable to execute the Writ because the defendant has pending state charges in Contra Costa

7   County.  ATF agents are unavailable on October 3, 2007, to execute the Writ and will be out of

8   town on an investigation.  Therefore, the defendant will be unable to appear for his October 3,

9   2007, hearing.  The parties respectfully request that the hearing be continued until October 24,

10  2007, at 2:00 p.m.  ATF agents have stated that they will be available to execute a Writ on

11  October 24, 2007, if needed.

12      The parties stipulate that the time between October 3, 2007, and the next appearance in

13  the matter on October 24, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. §

14  3161(h)(8), for effective preparation of counsel because discovery was recently provided and

15  counsel needs time to review the discovery.  Furthermore, defense counsel will be out on a

16  vacation, which has been planned for some time, on October 5-15, 2007.  Thus, the parties also

17  agree that time should be excluded for continuity of counsel.  The ends of justice outweigh the

18  interests of the public and the defendant in a speedy trial in this case.  This exclusion is necessary

19  to allow time for the parties to effectively prepare and to allow for continuity of counsel taking

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 97-40059 CW & CR 07-00344 CW    2**

into account the exercise of due diligence.

IT IS SO STIPULATED.

DATED: October 1, 2007 _____
/S/
BRYAN R. WHITTAKER
Special Assistant United States Attorney

DATED: October 1, 2007 _____
/S/
J. FRANK McCABE
Attorney for Mr. Holloway

O R D E R

For the foregoing reasons, the Court orders that the defendant's October 3, 2007, hearing be continued to October 24, 2007, at 2:00 p.m.  The Court further finds that good cause is shown–taking into account the pubic interest–that an exclusion of time between October 3, 2007, and October 24, 2007, is warranted under the Speedy Trial Act because it will afford counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  Time is also excluded for continuity of counsel based upon defense counsel's vacation.  The Court finds that the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  Id. at § 3161(h)(8)(A).  The Court, therefore, concludes that this exclusion of time is proper pursuant to 18 U.S.C. § 3161(h)(8).

IT IS SO ORDERED.

DATED: October __, 2007 _____
THE HONORABLE CLAUDIA WILKEN
United States District Judge

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 97-40059 CW & CR 07-00344 CW**    3