UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** David Disbrow, pro tem
**Date:** 10/24/07

**Plaintiff:**  United States

**v.**                                                     **No.**   CR-97-40059 CW
                                                                   CR-07-00344 CW

**Defendant:**  Kenneth Eugene Holloway (present - in custody)


**Appearances for Plaintiff:**
Bryan Whittaker

**Appearances for Defendant:**
Frank McCabe

**Interpreter:**


**Probation Officer:**
Mark Unalp


**Speedy Trial Date:**


**Hearing:**   1)   Violation of Supervised Release (initial app.)
               2)   Trial setting (initial app.)

**Notes:**   This was the defendant's initial appearance before District Judge on Form 12 and on the new indictment.  Counsel request continuance.  Defendant has case in Contra Costa County and is in custody of CCC and the theory is to resolve both matters together as well as the supervised release violation.  **Case continued to 11/14/07 at 2:00 p.m. for both matters for disposition or trial setting or motion setting.**  Time excluded for effective preparation.  If cases do not resolve, defense to let Court know if there will be any motions.

Copies to: Chambers