UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH EUGENE HOLLOWAY,<br><br>    Defendant. | No. CR 97-40059 CW &<br>     CR 07-00344 CW<br><br>ORDER GRANTING<br>PETITION FOR AND WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, KENNETH EUGENE HOLLOWAY, before the Hon. Claudia Wilken, United States District Judge, at 2:00 p.m. on Wednesday, November 14, 2007, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: November 7, 2007

_____
HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge



ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NOS. CR 97-40059 CW & CR 07-00344 CW