```
J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
KENNETH EUGENE HOLLOWAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH EUGENE HOLLOWAY,<br><br>    Defendant. | NO. CR-07-00344 CW |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH EUGENE HOLLOWAY,<br><br>    Defendant. | NO. CR-97-40059 CW<br><br>**DEFENDANT'S STATUS STATEMENT**<br><br>Status Hearing<br>Date: November 14, 2007<br>Time: 2:00 p.m.<br>Court: Hon. Claudia Wilken |

This matter is on calendar for disposition or trial setting on November 14, 2007 at 2:00 p.m. Counsel for defendant and the United States Attorney have engaged in settlement discussions, and are attempting to achieve a global settlement which would include defendant Holloway's supervised release action and possibly include his pending criminal case in Contra Costa County.

DEFENDANT'S STATUS STATEMENT

1

The parties believe that a disposition of this matter is very possible, and jointly ask the Court to continue the matter for three weeks to December 5, 2007 at 2:00 p.m. for disposition or trial setting.[1]  Defendant Holloway will waive his rights under the Speedy Trial Act.

DATED:  November 13, 2007.

                                        Respectfully submitted,

                                        _____/s/_____
                                        J. FRANK McCABE
                                        Counsel for Defendant Holloway

---

[1]  Counsel for defendant is not available on November 28, 2007.

DEFENDANT'S STATUS STATEMENT

2