```
 1  J. FRANK McCABE (SBN 48246)
    Attorney at Law
 2  500 Sansome Street, Suite 212
    San Francisco, California 94111
 3  Telephone:  (415) 397-1757
    Facsimile:  (415) 433-7258
 4
    Attorney for Defendant
 5  KENNETH EUGENE HOLLOWAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR-07-00344 CW |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | |
| KENNETH EUGENE HOLLOWAY, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | NO. CR-97-40059 CW |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING** |
| v. | ) | **CASE AND EXCLUDING TIME** |
| KENNETH EUGENE HOLLOWAY, | ) | |
| Defendant. | ) | |

THIS MATTER having been on calendar on November 14, 2007, and at the request of the parties, the Court orders that the matter be continued to December 5, 2007, at 2:00 p.m.

The Court further finds that good cause is shown taking into account the public interest that an exclusion of time between November 14, 2007, and December 5, 2007, is warranted under the Speedy Trial Act because it will afford counsel reasonable time

[PROPOSED] ORDER CONTINUING CASE AND
EXCLUDING TIME

1

necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial in the prompt disposition of criminal cases. Id. at § 3161(h)(8)(A). The Court, therefore, concludes that this exclusion of time is proper pursuant to 18 U.S.C. § 3161(h)(8).

DATED: November \_\_\_\_, 2007.

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME