```
J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
KENNETH EUGENE HOLLOWAY
```

FILED

NOV 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR-07-00344 CW |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| KENNETH EUGENE HOLLOWAY, | ) |
| Defendant. | ) |

| UNITED STATES OF AMERICA, | ) NO. CR-97-40059 CW |
|---|---|
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~]** |
| v. | ) **ORDER CONTINUING CASE AND** |
| KENNETH EUGENE HOLLOWAY, | ) **EXCLUDING TIME** |
| Defendant. | ) |

THE PARTIES hereto stipulate that the matter, having been on calendar on November 14, 2007, be continued to December 5, 2007, at 2:00 p.m.

The parties further stipulate that the time between November 14, 2007, and the next appearance in the matter on December 5, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8), for effective preparation of counsel. The ends

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND
EXCLUDING TIME

1

of justice outweigh the interests of the public and the defendant in a speedy trial in this case. This exclusion is necessary to allow time for the parties to effectively prepare and to allow for continuity of counsel taking into account the exercise of due diligence.

IT IS SO STIPULATED.

DATED: November 19, 2007.

                               /s/
                           BRYAN R. WHITTAKER
                           Special Assistant U.S. Attorney

DATED: November 19, 2007.

                               /s/
                           J. FRANK McCABE
                           Attorney for Defendant Holloway

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

                           /s/ Bryan R. Whittaker
                           Special Assistant U.S. Attorney

## ORDER

For the foregoing reasons, the Court finds that good cause is shown -- taking into account the public interest -- that an exclusion of time between November 14, 2007, and December 5, 2007, is warranted under the Speedy Trial Act because it will afford counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial in the

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME

2

| | |
|---|---|
| 1 | prompt disposition of criminal cases.  <u>Id</u>. at § 3161(h)(8)(A).  The |
| 2 | Court, therefore, concludes that this exclusion of time is proper |
| 3 | pursuant to 18 U.S.C. § 3161(h)(8). |
| 4 | DATED:  November 20, 2007. |
| 5 | |
| 6 | _____<br>HON. CLAUDIA WILKEN |
| 7 | UNITED STATES DISTRICT JUDGE |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND
EXCLUDING TIME

3