J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
KENNETH EUGENE HOLLOWAY


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH EUGENE HOLLOWAY,<br><br>  Defendant. | NO. CR-07-00344 CW |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH EUGENE HOLLOWAY,<br><br>  Defendant. | NO. CR-97-40059 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME** |

THE PARTIES hereto stipulate that the matter, now calendared for December 5, 2007, be continued to January 16, 2008, at 2:00 p.m.  Although the parties are engaged in settlement discussions, a follow-up offer has not been conveyed to defendant in sufficient time for it to be considered prior to December 5.  In addition, defendant has a pending state court felony case in Contra Costa County which may affect the resolution of both the federal

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND
EXCLUDING TIME

1

case and supervised release violation.  (The date of December 19, 2007 is not available because the defendant has a court appearance in his Contra Costa County case on that date and cannot be transported to federal court.)

The parties further stipulate that the time between December 5, 2007, and the next appearance in the matter on January 16, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8), for effective preparation of counsel.  The ends of justice outweigh the interests of the public and the defendant in a speedy trial in this case.  This exclusion is necessary to allow time for the parties to effectively prepare and to allow for continuity of counsel taking into account the exercise of due diligence.

IT IS SO STIPULATED.

DATED:  December 4, 2007.

                /s/
BRYAN R. WHITTAKER
Special Assistant U.S. Attorney

DATED:  December 4, 2007.

                /s/
J. FRANK McCABE
Attorney for Defendant Holloway

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

        /s/ Bryan R. Whittaker
Special Assistant U.S. Attorney

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME

2

1                              ORDER

2       For the foregoing reasons, the Court finds that good cause
3  is shown -- taking into account the public interest -- that an
4  exclusion of time between December 5, 2007, and January 16, 2008, is
5  warranted under the Speedy Trial Act because it will afford counsel
6  reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence.  18 U.S.C. §
8  3161(h)(8)(B)(iv).  The Court finds that the ends of justice served
9  by excluding time under the Speedy Trial Act outweigh the best
10 interest of the public and the defendant in a speedy trial in the
11 prompt disposition of criminal cases.  Id. at § 3161(h)(8)(A).  The
12 Court, therefore, concludes that this exclusion of time is proper
13 pursuant to 18 U.S.C. § 3161(h)(8).
14 DATED:  December ____, 2007.

                                    _____
                                    HON. CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE