FILED

DEC -3 PM 3:37

...KING
...COURT
...LIFORNIA

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  BRYAN R. WHITTAKER (TX 24047097)
   Special Assistant United States Attorney

5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: bryan.whittaker@usdoj.gov

8
   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT

10
                   NORTHERN DISTRICT OF CALIFORNIA

11
                          OAKLAND DIVISION

12
   UNITED STATES OF AMERICA          )    No. CR 97-40059 CW &
13                                    )        CR 07-00344 CW
              Plaintiff,              )
14                                    )
                                      )
15         v.                         )
                                      )    PETITION FOR AND WRIT OF HABEAS
16 KENNETH EUGENE HOLLOWAY,           )    CORPUS AD PROSEQUENDUM
                                      )
17                                    )
                                      )
              Defendant.              )
18 _____ )

19     TO:   The Honorable Maria-Elena James, United States Magistrate Judge of the United
             States District Court for the Northern District of California:
20

21     Special Assistant United States Attorney Bryan R. Whittaker respectfully requests that

22 this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner,

23 KENNETH EUGENE HOLLOWAY, whose place of custody and jailor are set forth in the

24 requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear

25 in the above-entitled matters before the Honorable Claudia Wilken, United States District Judge,

26 at 2:00 p.m. on Wednesday, December 5, 2007, and therefore petitioner prays that this Court

27 PETITION FOR WRIT OF HABEAS
   CORPUS AD PROSEQUENDUM
28 CASE NOS. CR 97-40059 CW & CR 07-00344 CW

1  issue the Writ as presented.

2

3  Dated: December 3, 2007                    Respectfully submitted,

4                                             SCOTT N. SCHOOLS
                                              United States Attorney
5

6

7                                                    /S/
                                              BRYAN R. WHITTAKER
                                              Special Assistant United States Attorney
8

9  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  PETITION FOR WRIT OF HABEAS
    CORPUS AD PROSEQUENDUM
28  CASE NOS. CR 97-40059 CW & CR 07-00344 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 97-40059 CW & |
| | ) | CR 07-00344 CW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING |
| | ) | PETITION FOR AND WRIT OF HABEAS |
| KENNETH EUGENE HOLLOWAY, | ) | CORPUS AD PROSEQUENDUM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, KENNETH EUGENE HOLLOWAY, before the Hon. Claudia Wilken, United States District Judge, at 2:00 p.m. on Wednesday, December 5, 2007, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: December 3, 2007

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

CASE NOS. CR 97-40059 CW & CR 07-00344 CW

THE PRESIDENT OF THE UNITED STATES OF AMERICA

1

2 TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff of Contra Costa County;

3

4

GREETINGS

5

6 WE COMMAND that on Wednesday, December 5, 2007, at 2:00 p.m., or as soon thereafter as

7 practicable, you have and produce the body of KENNETH EUGENE HOLLOWAY, DOB

8 11/16/1966, in your custody, before the United States District Court in and for the Northern District

9 of California, in the Courtroom of the Hon. Claudia Wilken, United States District Judge, 1301 South

10 Clay Street, Oakland, California, Courtroom 2, 4th Floor, in order that KENNETH EUGENE

11 HOLLOWAY may then appear for an appearance upon the charges heretofore filed against him in the

12 above-entitled Court, and that immediately after said hearing to return him forthwith to said above-

13 mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made

14 concerning the custody of said prisoner, and further to produce said prisoner at all times necessary

15 until the termination of the proceedings in this Court;

16 IT IS FURTHER ORDERED that should the local or state custodian release from its custody the

17 above-named person, he be immediately delivered and remanded to the United States Marshal and/or

18 his authorized deputies under this Writ.

19 WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District

20 Court for the Northern District of California.

21

22 DATED: December 3, 2007

23 CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

24

25

26  By: _____ BRENDA TOLBERT

27 DEPUTY CLERK

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

CASE NOS. CR 97-40059 CW & CR 07-00344 CW