```
 1  J. FRANK McCABE (SBN 48246)
    Attorney at Law
 2  500 Sansome Street, Suite 212
    San Francisco, California 94111
 3  Telephone:  (415) 397-1757
    Facsimile:  (415) 433-7258
 4
    Attorney for Defendant
 5  KENNETH EUGENE HOLLOWAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-07-00344 CW |
| Plaintiff, | ) | |
| v. | ) | |
| KENNETH EUGENE HOLLOWAY, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | NO. CR-97-40059 CW |
| Plaintiff, | ) | **STIPULATION AND** |
| v. | ) | **ORDER CONTINUING CASE AND** |
| | ) | **EXCLUDING TIME** |
| KENNETH EUGENE HOLLOWAY, | ) | |
| Defendant. | ) | |

THE PARTIES hereto stipulate that the matter, now calendared for December 5, 2007, be continued to January 16, 2008, at 2:00 p.m. Although the parties are engaged in settlement discussions, a follow-up offer has not been conveyed to defendant in sufficient time for it to be considered prior to December 5. In addition, defendant has a pending state court felony case in Contra Costa County which may affect the resolution of both the federal

STIPULATION AND ORDER CONTINUING CASE AND
EXCLUDING TIME

1

1  case and supervised release violation.  (The date of December 19,
2  2007 is not available because the defendant has a court appearance
3  in his Contra Costa County case on that date and cannot be
4  transported to federal court.)
5       The parties further stipulate that the time between
6  December 5, 2007, and the next appearance in the matter on
7  January 16, 2008, should be excluded under the Speedy Trial Act, 18
8  U.S.C. § 3161(h)(8), for effective preparation of counsel.  The ends
9  of justice outweigh the interests of the public and the defendant in
10 a speedy trial in this case.  This exclusion is necessary to allow
11 time for the parties to effectively prepare and to allow for
12 continuity of counsel taking into account the exercise of due
13 diligence.
14 IT IS SO STIPULATED.

16 DATED:  December 4, 2007.
17                                      /s/
                                         BRYAN R. WHITTAKER
                                         Special Assistant U.S. Attorney
18
   DATED:  December 4, 2007.
19                                      /s/
                                         J. FRANK McCABE
20                                       Attorney for Defendant Holloway
21       I hereby attest that I have on file all holograph
22 signatures for any signatures indicated by a conformed signature
23 (/s/) within this e-filed document.
24
                                         /s/ Bryan R. Whittaker
25                                       Special Assistant U.S. Attorney

STIPULATION AND ORDER CONTINUING CASE AND
EXCLUDING TIME
                                    2

ORDER

For the foregoing reasons, the Court finds that good cause is shown -- taking into account the public interest -- that an exclusion of time between December 5, 2007, and January 16, 2008, is warranted under the Speedy Trial Act because it will afford counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial in the prompt disposition of criminal cases.  Id. at § 3161(h)(8)(A).  The Court, therefore, concludes that this exclusion of time is proper pursuant to 18 U.S.C. § 3161(h)(8).

DATED:  December __4__, 2007.

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER CONTINUING CASE AND
EXCLUDING TIME

3