JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: bryan.whittaker@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH EUGENE HOLLOWAY,<br><br>    Defendant. | Case No. CR 07-00344 CW<br><br>UNITED STATES' INFORMATION FOR INCREASED PUNISHMENT BY REASON OF PRIOR FELONY DRUG CONVICTION UNDER 21 U.S.C. § 851 |

### INFORMATION

Pursuant to the provisions of 21 U.S.C. § 851, the United States Attorney files this Information alleging that:

1. On or about May 31, 2007, the defendant, KENNETH EUGENE HOLLOWAY, was charged in Count One of the Indictment with knowingly and intentionally possessing with intent to distribute a Schedule II controlled substance, namely, at least 5 grams of a mixture and substance containing cocaine base (in the form of "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

2. Prior to the time of the offense charged in this case, the defendant was convicted on or

INFORMATION

1  about August 29, 1988, in the Superior Court of California, County of Alameda, Case Number
2  92486A, of felony violations of :

    a) California Health and Safety Code § 11351.5, specifically, possession of cocaine base for sale; and

    b) California Health and Safety Code § 11352, specifically, transportation, sale, giving away of controlled substances.

(Attached as Exhibit 1 are court documents establishing this conviction.)

    3. Because of these prior felony drug convictions, the defendant is subject to increased punishment pursuant to the provisions of 21 U.S.C. §§ 841(b)(1)(B) and 851 if he is convicted of the violation of 21 U.S.C. § 841(a)(1) as charged in Count One of the Indictment, namely, a mandatory minimum 10-year term of imprisonment and a maximum of not more than life imprisonment; a fine not to exceed $4,000,000; and a mandatory minimum 8-year term of supervised release.

    4. The United States Attorney hereby gives notice to the defendant and his counsel that if the defendant is convicted of Count One of the Indictment, the United States intends to rely on his prior felony drug convictions in seeking enhanced punishment at the time of sentencing pursuant to the provisions referenced herein.

DATED: January 15, 2008

JOSEPH P. RUSSONIELLO  
United States Attorney

W. DOUGLAS SPRAGUE  
Chief, Oakland Branch

(Approved as to form:  
BRYAN R. WHITTAKER  
Special Assistant United States Attorney

INFORMATION