# ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
**BRANCH** Oakland

COURT I.D.: 0 1

**PEOPLE OF THE STATE OF CALIFORNIA** versus
**DEFENDANT:** KENNETH E. HOLLOWAY
**AKA:**

[X] PRESENT  [ ] NOT PRESENT

**CASE NUMBER(S):** 92486A - A

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGMENT**
[ ] AMENDED ABSTRACT

FILED SEP 26 1988
RENE C. DAVIDSON, County Clerk
By Hollie M. Adamic

| DATE OF HEARING (MO)(DAY)(YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 09 26 88 | 2 | DAVID C. LEE | Hollie M. Adamic |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| Patty Lee Hubble | John Creighton | John Murcko | Ron Locke |

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:**
A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO DAY YEAR) | CONVICTION BY (JURY/COURT/PLEA) | TERM (L,M,U) | CONCURRENT | 1/3 CONSEC VIOLENT | 1/3 CONSEC NON-VIOL | CONSEC FULL TERM | INCOMPLETE SENTENCES | CS-REPER | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED (YEARS MONTHS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HS | 11352 | Sale of cocaine base | 88 | 08 29 88 | X | U | | | | | | | | 5 0 |
| 2 | HS | 11351.5 | Poss. for sale of cocaine | 88 | 08 29 88 | X | M | | X | | | | | | 1 4 |
| 4 | PC | 245(a)(2) | Assault w/firearm | 88 | 08 29 88 | X | M | | X | | | | | | 1 0 |

**2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):**

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | X* X | | | | | | | | | 1 0 |
| 2 | X* | | | | | | | | | |
| 4 | | | | | X* | | | | | |

**3. INCOMPLETED SENTENCE(S) CONSECUTIVE:**

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |
| | | |

**5. A. NUMBER OF PRIOR PRISON TERMS:**

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

**4. OTHER ORDERS:**
Court orders sentenced stayed.

**B. NUMBER OF PRIOR FELONY CONVICTIONS:**

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

**6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):**

**7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:**

**8. TOTAL TERM IMPOSED:** ➤ 8 4

**9. EXECUTION OF SENTENCE IMPOSED:**
A. [X] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC§1170(d)]

**10. DATE SENTENCE PRONOUNCED:** 09 26 88
**CREDIT FOR TIME SPENT IN CUSTODY:** **TOTAL DAYS** 219 INCLUDING: **ACTUAL LOCAL TIME** 146 **LOCAL CONDUCT CREDITS** 73 **STATE INSTITUTIONS** [ ] DMH [ ] CDC

**11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:**
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[X] CALIF. MEDICAL FACILITY — VACAVILLE
[ ] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY):

**CLERK OF SUPERIOR COURT**
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

**DEPUTY'S SIGNATURE:** Hollie M. Adamic **DATE:** SEP 26 1988

HOLLOWAY-0085

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

**ABSTRACT OF JUDGMENT — COMMITMENT**
FORM DSL 290

Pen.C. 1213.5

DISTRIBUTION: PINK COPY — COURT FILE, YELLOW COPY — DEPARTMENT OF CORRECTIONS, WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS



SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instrument is a true and correct
copy of the original on file in this office

ATTEST: JUN 1 - 2007

CLERK OF THE SUPERIOR COURT
BY: [signature]
                                    Deputy

HOLLOWAY-0086

202-752 1/82 (Rev.)    SUPERIOR COURT OF THE STATE OF CALIFORNIA    DEPT. 2
IN AND FOR THE COUNTY OF ALAMEDA

Date: September 26, 1988   Hon. DAVID C. LEE , Judge   Hollie M. Adamic , Deputy Clerk
, Deputy Sheriff   Patty Lee Hubble , Reporter

THE PEOPLE OF THE STATE OF CALIFORNIA

Plaintiff

Counsel appearing for Plaintiff: John Creighton, Deputy District Attorney

vs.

KENNETH E. HOLLOWAY

Counsel appearing for Defendant: John Murcko, Esq.

Defendant

Probation Officer appearing: Ron Locke, Deputy Probation Officer

NATURE OF PROCEEDINGS: REPORT AND SENTENCE

ACTION No. 92486A
PFN. AQF044   CEN. 8128990

Defendant is present. Defendant's motion for new trial is denied. The District Attorney's motion to substitute copies of People's Exhibits 16 and 17 for the originals and to withdraw the originals is granted. Probation is denied.

The defendant having been convicted on August 29, 1988 by
( ) plea of guilty
( ) nolo contendere
( ) decision of Court
(X) verdict of jury

of the offenses of felonies, to wit, violation of Section 11352 of the Health and Safety Code of California as charged in the First Count of the Information; violation of Section 11351.5 of the Health and Safety Code of California as charged in the Second Count of the Information; violation of Section 245(a)(2) of the Penal Code of California as charged in the Fourth Count of the Information. The jury further found that the defendant was armed with a firearm as charged in the First and Second Counts of the Information and did personally use a firearm as charged in the Fourth Count of the Information.

The defendant is arraigned for sentence and has no legal cause to show why the judgment of this Court should not be pronounced against him/her. The Court pronounces judgment.

Defendant has been held in custody for 146 actual days plus 73 days good/worktime credit for a total of 219 days as a result of the same criminal act or acts for which he/she has been convicted.

It is ORDERED that said defendant be punished by imprisonment in state prison of the State of California for the upper term of 5 years for the First Count; 1/3 the mid term which is 1 year 4 months for the Second Count; 1/3 the mid term which is 1 year for the Fourth Count; 1 year for the armed with a firearm clause in the First Count. Court stays sentencing for the armed with a firearm clause charged in the Second Count and the use of firearm clause charged in the Fourth Count.

It is further ORDERED that sentences shall be served in respect to one another as follows: the sentences imposed for the Second and Fourth Counts and the Armed with a Firearm clause are to run consecutively to the sentence imposed for the First Count.

and in respect to any prior incompleted sentence(s) as follows: court makes no order.

It is further ORDERED that the defendant is remanded to the custody of the Sheriff of the County of Alameda to be by him delivered to (X) Director of Corrections of the State of California at California Medical Facility, Vacaville, California ( ) California Institution for Women at Frontera, California.

HOLLOWAY-0087

(Date recorded on microfilm_____)




SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instrument is a true and correct copy of the original on file in this office

ATTEST: JUN 1 - 2007
CLERK OF THE SUPERIOR COURT
BY _____ Deputy

HOLLOWAY-0088