JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: bryan.whittaker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 97-40059 CW & |
| | ) | CR 07-00344 CW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | PETITION FOR AND WRIT OF HABEAS |
| KENNETH EUGENE HOLLOWAY, | ) | CORPUS AD PROSEQUENDUM |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:    The Honorable Elizabeth D. Laporte,  United States Magistrate Judge of the United
States District Court for the Northern District of California:

Special Assistant United States Attorney Bryan R. Whittaker respectfully requests that

this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner,

KENNETH EUGENE HOLLOWAY, whose place of custody and jailor are set forth in the

requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear

in the above-entitled matters before the Honorable Claudia Wilken, United States District Judge,

at 1:55 p.m. on Wednesday, January 30, 2008, and therefore petitioner prays that this Court issue

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CASE  NOS. CR 97-40059 CW & CR 07-00344 CW

1  the Writ as presented.

2

3  Dated: January 17, 2008                    Respectfully submitted,

4                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
5

6                                             _____/S/_____
7                                             BRYAN R. WHITTAKER
                                              Special Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  PETITION FOR WRIT OF HABEAS
    CORPUS AD PROSEQUENDUM
28  CASE NOS. CR 97-40059 CW & CR 07-00344 CW