| | |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff of Contra Costa County: |
| 3 | |
| 4 | GREETINGS |
| 5 | WE COMMAND that on Wednesday, January 30, 2008, at 1:55 p.m., or as soon |
| 6 | thereafter as practicable, you have and produce the body of KENNETH EUGENE HOLLOWAY, |
| 7 | DOB 11/16/1966, in your custody, before the United States District Court in and for the |
| 8 | Northern District of California, in the Courtroom of the Hon. Claudia Wilken, United States |
| 9 | District Judge, 1301 South Clay Street, Oakland, California, Courtroom 2, 4th Floor, in order that |
| 10 | KENNETH EUGENE HOLLOWAY may then appear for an appearance upon the charges |
| 11 | heretofore filed against him in the above-entitled Court, and that immediately after said hearing |
| 12 | to return him forthwith to said above-mentioned institution or abide by such order of the above- |
| 13 | entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to |
| 14 | produce said prisoner at all times necessary until the termination of the proceedings in this Court; |
| 15 | IT IS FURTHER ORDERED that should the local or state custodian release from its |
| 16 | custody the above-named person, he be immediately delivered and remanded to the United States |
| 17 | Marshal and/or his authorized deputies under this Writ. |
| 18 | WITNESS the Hon. Elizabeth D. Laporte, United States Magistrate Judge, United States |
| 19 | District Court for the Northern District of California. |
| 20 | DATED: January__, 2008 |
| 21 | CLERK, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| 22 | |
| 23 | |
| 24 | By: _____ DEPUTY CLERK |
| 25 | |
| 26 | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NOS. CR 97-40059 CW & CR 07-00344 CW