UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 1/16/08**

**Plaintiff:** United States

**v.**                                   **No.** CR-97-40059 CW
                                              CR-07-00344 CW

**Defendant:** Kenneth Eugene Holloway (present - in custody)

**Appearances for Plaintiff:**
Bryan Whitaker

**Appearances for Defendant:**
Frank McCabe

**Interpreter:**

**Probation Officer:**
Mark Messner

**Speedy Trial Date:**

                    Hearing:  Setting

**Notes:**     Defendant arraigned on Information to Establish Prior Conviction; reading waived; Court enters denial.  Defendant requests new attorney.  Defendant to submit reasons in writing and Mr. McCabe will file it on behalf of defendant under seal.  **Case continued to 1/30/08 at 1:55 p.m. for hearing on defendant's request for new attorney and trial setting.**  Time excluded between now and 1/30 for effective preparation and continuity of counsel.

Copies to: Chambers