UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> KENNETH EUGENE HOLLOWAY, <br>     Defendant. | No. CR 97-40059 CW & <br> CR 07-00344 CW <br><br> [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, KENNETH EUGENE HOLLOWAY, before the Hon. Claudia Wilken, United States District Judge, at 1:55 p.m. on Wednesday, January 30, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: January 30, 2008



HONORABLE ELIZABETH D. LAPORTE
United States Magistrate

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NOS.CR 97-40059 CW & CR 07-00344 CW