THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff of Contra Costa County:

GREETINGS

WE COMMAND that on Wednesday, January 30, 2008, at 1:55 p.m., or as soon thereafter as practicable, you have and produce the body of KENNETH EUGENE HOLLOWAY, DOB 11/16/1966,  in your custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Claudia Wilken, United States District Judge, 1301 South Clay Street, Oakland, California, Courtroom 2, 4th Floor, in order that KENNETH EUGENE HOLLOWAY may then appear for an appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Elizabeth D. Laporte, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: January 30, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: ___ *Lili M. Harrell* _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE  NOS. CR 97-40059 CW & CR 07-00344 CW