JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: bryan.whittaker@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH EUGENE HOLLOWAY,<br><br>    Defendant. | Case No. CR 07-00344 CW<br><br>UNITED STATES' MOTION TO DISMISS INFORMATION FOR INCREASED PUNISHMENT BY REASON OF PRIOR FELONY DRUG CONVICTION UNDER 21 U.S.C. § 851 |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48, the United States Attorney for the Northern District of California moves to dismiss the Information filed pursuant to Title 21, United States Code, Section 851.

DATED:   January 30, 2008                      JOSEPH P. RUSSONIELLO
                                                          United States Attorney


                                                          /s/
                                                     _____
                                                     BRYAN R. WHITTAKER
                                                     Special Assistant United States Attorney

MOTION TO DISMISS § 851 INFORMATION

<u>[PROPOSED] ORDER</u>

Leave of Court is granted to the United States to dismiss the above reference Information.

Date: January ___, 2008

_____
HONORABLE CLAUDIA WILKEN
United States District Judge