UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**
JAN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 1/30/08

**Plaintiff:** United States

v.                                         **No.** CR-97-40059 CW
                                                CR-07-00344 CW

**Defendant:** Kenneth Eugene Holloway (present - in custody)


**Appearances for Plaintiff:**
Bryan Whitaker

**Appearances for Defendant:**
Frank McCabe

**Probation Officer:**
Mark Messner

**Hearing:   Change of Plea**

**Notes:**    Defendant withdraws his request that Mr. McCabe be relieved as his counsel. Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to Counts 1 and 3 of the indictment charging in Count 1 possession with intent to distribute cocaine base in the form of "crack" cocaine, a Schedule II controlled substance, in violation of 21 USC 841(a)(1),(b)(1)(B)(iii), and Count 3 of the indictment charging possession of a firearm in furtherance of a drug trafficking crime in violation of 18 USC 924(c)(1)(A)(i). Defendant admits to violations one and two in the Form 12 in CR-97-40059 CW and waives his right to a hearing. Plea Agreement filed. Court finds factual basis for plea; Court accepts guilty plea. PSR requested. **Sentencing set for 4/16/08 at 2:00 p.m.** ✓Pending sentence in Contra Costa County to run concurrent to federal sentence.

Copies to: Chambers; probation