UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number __CR-07-00344 CW + CR-97-40059 CW__
Defendant's Name __Kenneth Eugene Holloway__
Defense Counsel __Frank McCabe__
Referral Date __1/30/08__
Sentencing Date __4/16/08 @ 2pm__

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

- _X_ Presentence Investigation
- ___ Pre-Plea Report
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S,</u> **before leaving the Courthouse today** to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody: __yes__

Is defendant English-speaking? __yes__

cc: U. S. Probation