JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CASBN 202121)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: bryan.whittaker@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH EUGENE HOLLOWAY, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 97-40059 CW & <br>     CR 07-00344 CW <br><br><br> PETITION FOR AND WRIT OF HABEAS <br> CORPUS AD PROSEQUENDUM |

TO:     The Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney W. Douglas Sprague respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, KENNETH EUGENE HOLLOWAY, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled matters before the Honorable Claudia Wilken, United States District Judge, at 2:00 p.m.

////

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CASE NOS. CR 97-40059 CW & CR 07-00344 CW

on Wednesday, April 16, 2008, and therefore petitioner prays that this Court issue the Writ as presented.

Dated: March 31, 2008    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


            /S/
W. DOUGLAS SPRAGUE
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CASE NOS. CR 97-40059 CW & CR 07-00344 CW