UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 97-40059 CW & |
| | ) | CR 07-00344 CW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING |
| | ) | PETITION FOR AND WRIT OF HABEAS |
| KENNETH EUGENE HOLLOWAY, | ) | CORPUS AD PROSEQUENDUM |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, KENNETH EUGENE HOLLOWAY, before the Hon. Claudia Wilken, United States District Judge, at 2:00 p.m. on Wednesday, April 16, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated : March ___, 2008

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NOS. CR 97-40059 CW & CR 07-00344 CW